FILED
JUN 24 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. JACK MCCAGER KIDD, ARAPAHO COMMUNICATIONS, LP., DEFENDANT(S); | CIVIL ACTION No.: EP-25-CV-00139-KC MOTION TO ENLARGE TIME PURSUANT TO FED.R.CIV.P Rule 6(b) |

MOTION TO ENLARGE TIME

COMES NOW, Jack McCager Kidd and Arapaho Communications, LP., Defendants, in Pro Se, who do hereby move this Honorable Court to extend the Time to File Responsive Pleadings and an Answer(s) to Plaintiffs Complaint in Civil Action Number EP-25-CV-00139-KC for "Good Cause" pursuant to Federal Rule of Civil Procedure Rule 6(b) until June 15, 2026 or until Defendants can find, retain, and educate Legal Counsel File the necessary and appropriate Responsive Pleadings and Answers in the instant case. In support of this Motion to extend time to file an Answer and any and all Responsive Pleadings and Claims Defendants submit the following:

RULES

The Federal Rule(s) of Civil Procedure Rule 6(b) 'Extending Time' states:

(1) "In General. When an act may or must be done within a specified time, the Court may, for good cause, extend the time:
(a) with or without Motion or Notice if the Court Acts, or if a request is made before the original time or its extension expires;[]"

ARGUMENT

Before this Honorable Court is a Civil Action to recover treble damages, civil penalties, and costs from Defendants for matters directly related to Criminal Case EP-CR-01757-DB1 wherein Defendants pled Guilty to Wire Fraud and paid Plaintiffs in excess of $11,000,000 (Eleven Million Dollars) Restitution in exchange for all remaining seventy one (71) Charges to be Dismissed and to serve twenty four (24) months incarceration at the Satellite Prison Camp in

(1)

Tucson, Arizona. Accordingly, Plaintiffs are seeking Damages for which Relief cannot be granted in accordance with the Law. Defendants require Legal Counsel to fight for their Rights. Extension of Time is required to find competent and sophisticated Legal Counsel, to educate them, to retain them, and to prepare proper responses and answers to this Honorable Court to prove Plaintiffs Complaint is without merit.

Defendants have Rights. However, Arapaho Communications LP is now a defunct entity and Jack McCager Kidd is currently serving his Sentence of incarceration and is not due to be released until April 2026. Plaintiffs complaint is not only without merit it is predacious. Mr. McCager is an elderly Man who is seventy three (73) years old and who has been financially, mentally, emotionally, and physically decimated by the Plaintiffs Criminal Case against him. Mr. McCager has paid the Plaintiffs the money they are seeking damages for. Mr. McCager Kidd contends that this Civil litigation will cost him any and all monies and assets he has remaining and that this is the purpose of the Plaintiffs predacious conduct in this Civil Action. Defendant(s) pray for the Courts protection in this regard and permit Defendants the time required to obtain Legal Counsel and to complete their term of incarceration so that they can locate and prepare the documents critical to Legal Counsel's effective assistance in this Case.

## CONCLUSION

Defendants respectfully request this Honorable Court grant this Motion to Enlarge Time until June 15, 2026 or until Defendants can find, retain and educate Legal Counsel sufficient to provide this Honorable Court Responsive Pleadings, Claims and Answers worthy of the fairness and integrity of the adversarial process our Justice System and this Honorable Courts Jurisprudence.

## CERTIFICATION AND SIGNATORY

Defendants do hereby swear under the penalty of perjury that the testimony herein is true and correct as of this 12th Day of June 2025; pursuant to 28 USC §1746.

Respectfully,

_____  
JACK MCCAGER KIDD

_____  
ARAPAHO COMMUNICATIONS, LP.

U.S.P.S TRACKING NO.: 7000 1670 0009 4588 0834

DEFENDANTS ADDRESS:

Jack McCager Kidd  
Arapaho Communications, LP.  
c/o - Jack McCager Kidd  
Register No. 72011-509  
Satellite Prison Camp  
P.O. Box 24549  
Tucson, AZ. 85734-4549

JACK MCCAGER KIDD
ARAPAHO COMMUNICATIONS, LP.
(72011-509)
P.O. BOX 24549
TUCSON, AZ. 85734-4549

June 12, 2025

Clerk of the Court
Western District of Texas
525 Magoffin Avenue
El Paso, TX. 79901

RE: Civil Action No.: EP-CV-00139-KC - Motion to Enlarge Time.

Dear Clerk of the Court,

   Thank you for your service to the Court and to our justice system. Accompanied, please find and please File this Motion to Enlarge Time in Civil Action No.: EP-CV-00139-KC.

   Accompanied, please also find a SASE along with a copy of the Face Page of this Motion to Enlarge Time. If you would be so kind as to reply with a File Stamped copy I would be grateful.

Respectfully,

*[signature]*

JACK MCCAGER KIDD
ARAPAHO COMMUNICATIONS, LP.

U.S.P.S TRACKING NO.: 7000 1670 0009 4588 0834

SATELlite Prison Camp
JACK McCAge #:11
(72011-509)
P.O. Box 24549
Tucson, AZ
85734-4549

Clerk of The Court
Western District of Texas
525 magoffin Avenue
El Paso, TX. 79901

CERTIFIED MAIL
7000 1670 0009 4588 0834








